

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 7, 2025

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Israel Evangelista*, 24 Cr. 629 (LAP)

Dear Judge Preska:

      The Government respectfully requests that the Court seal Exhibits A, B, and C attached to the Government's publicly filed sentencing memorandum in this case. (ECF 22). As described in the Government's letter, Exhibit A is a copy of Evangelista's BOP medical records; Exhibit B is a copy of Evangelista's BOP disciplinary history; and Exhibit C is a copy of an incident report associated with Evangelista's BOP disciplinary history. Although Exhibits A, B, and C are judicial documents to which the presumption of public access attaches, *see United States v. Amodeo*, 44 F.3d 141, 146 (2d Cir. 1995), the Government respectfully submits that the presumption is outweighed by the countervailing interests of the defendant's privacy and the sensitivity of prison administration. *See United States v. Pabon*, No. 17 Cr. 312 (JPC), 2021 WL 603269, at *3 n.4 (S.D.N.Y. Feb. 16, 2021) (sealing "further content" of defendant's medical records based on defendant's privacy interests); *United States v. Monge*, No. 17 Cr. 611 (AT), 2020 WL 3872168, at *1 n.1 (S.D.N.Y. July 9, 2020) (sealing BOP medical records beyond publicly referenced portions of those records); *United States v. Davidson*, No. 15 Cr. 288 (RMB), 2022 WL 484829, at *4 (S.D.N.Y. Feb. 17, 2022) (granting government's motion to seal defendant's BOP medical records and BOP disciplinary records).

    Accordingly, the Government respectfully requests that the Court grant its motion to seal Exhibits A, B, and C attached to ECF 22.

Respectfully submitted,

JAY CLAYTON<br>
United States Attorney

By: _____<br>
Joseph H. Rosenberg<br>
Assistant United States Attorney<br>
(212) 637-2326

cc:    Counsel of Record (via ECF)

```
The Government's request to file Exhibits A, B, and C
under seal is GRANTED.  The Clerk of the Court shall
close docket number 23.

SO ORDERED.

Dated: May 12, 2025
```

_____<br>
LORETTA A. PRESKA, U.S.D.J.