UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                              :

UNITED STATES OF AMERICA       :  24 Cr. 629 (LAP)

    -against-                    :

ISRAEL EVANGELISTA,          :  ORDER

           Defendant.     :

------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Defendant's May 7, 2025 email requesting a hearing to determine the factual accuracy of certain disciplinary allegations made against the Defendant. Because the Court will not be influenced in sentencing by the accuracy of the allegations, the request is denied.

SO ORDERED.

Dated:    New York, New York
          May 14, 2025

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge